# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. |
| v. | : |
| | : |
| CODY PAGE CARTER CONNELL, | : UNDER SEAL |
| DANIEL PAGE ADAMS | : |
| | : |
| Defendants. | : |

### GOVERNMENT'S MOTION TO SEAL THE ARREST WARRANT, CRIMINAL COMPLAINT AND RELATED DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL *NUNC PRO TUNC*

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to, *nunc pro tunc*, place under seal the Arrest Warrant, the Criminal Complaint with its supporting Statement of Facts, any ancillary documents, this Motion to Seal, any Order granting this Motion to Seal, and to delay entry on the public docket of the filing of this Motion to Seal and Order of the Court. In support of this motion, government submits as follows:

On January 11, 2021, the Court issued an Arrest Warrant based on a Criminal Complaint and its supporting Statement of Facts charging the above captioned defendant with 18 U.S.C. § 1752(a)(1) and (2) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority) and 40 U.S.C. § 5104(e)(2)(C) (Violent Entry and Disorderly Conduct on Capitol Grounds).[1] Public disclosure of the existence of the Arrest Warrant at this time might alert the defendant that he is wanted for criminal charges and this presents the risk that the defendant might attempt to destroy potentially incriminating evidence—a search warrant relating

---

[1] The government inadvertently failed to file a motion to seal yesterday and therefore requests that the sealing order be issued *nuc pro tunc*.

to this case has been issued by the U.S. District Court for the Western District of New York. In addition, upon learning of the warrant, the defendant might flee. Indeed, at this time law enforcement is unaware of the defendant's whereabouts. These are compelling reasons for the sealing of these documents.[2] Accordingly, the United States requests that this Court grant *nunc pro tunc* the accompanying proposed order.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar Number 4444188

By: ___/s/ Troy A. Edwards, Jr.___
Troy A. Edwards, Jr.
N.Y. Bar No. 5453741
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 252-7081
Troy.Edwards@usdoj.gov

Dated: January 15, 2021

---

[2] *See Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991) (noting situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket).