# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
     :
            v.      :     **Case No. 21-mj-81 (ZMF)**
     :
CODY PAGE CARTER CONNELL      :
     :
and DANIEL PAGE ADAMS,      :
     :
            Defendants.      :

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States
Attorney for the District of Columbia and Assistant United States Attorney Troy A. Edwards, Jr.,
hereby informs the Court that he is entering his appearance in this matter on behalf of the United
States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188


_____*/s/ Troy A. Edwards, Jr.*_____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
555 4th Street, NW,
Washington, D.C. 20530
troy.edwards@usdoj.gov
(202) 252-7081

## **CERTIFICATE OF SERVICE**

On this 4th day of February 2021, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

*/s/ Troy A. Edwards, Jr.*

Troy A. Edwards, Jr.
Assistant United States Attorney
