UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 21-084 (PLF) |
| | ) |
| CODY PAGE CARTER CONNELL, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender, Dani Jahn. Please send all notices and inquiries to this attorney at the address listed below.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


  /s/
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500
Email:   Dani_Jahn@fd.org