AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )|
|---|---|
| v. | ) |
| Cody Page Carter Connell | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Cody Page Carter Connell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 111 – Assaulting a Federal Officer
18 U.S.C. 231(a)(3) – Obstructing Law Enforcement Engaged In Official Duties Incident to Civil Disorder
18 U.S.C. 1752(a)(1)&(2) – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. 5104(e)(2)(D)(E)&(G) – Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

2021.01.15 23:33:06 -05'00'

*Issuing officer's signature*

City and state: Washington, DC    ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/15/2021, and the person was arrested on *(date)* 01/16/2021
at *(city and state)* Jena, LA.

Date: 01/16/2021

*Arresting officer's signature*

Special Agent Joseph M Bush
*Printed name and title*

