UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-084 |
| v. : | |
| : | |
| CODY PAGE CARTER CONNELL : | |
| DANIEL PAGE ADAMS, : | |
| : | |
| : | |
| Defendants. : | |

NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Assistant United States Attorney Christopher Amore is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No.415793

*/s/ Christopher Amore*
CHRISTOPHER AMORE
NY Bar No. 5032882
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
Telephone No. (973) 902-6904
Christopher. Amore@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Christopher Amore*
Christopher Amore
Assistant United States Attorney