# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim No. 21-cr-84 (PLF)** |
| : | |
| **CODY PAGE CARTER CONNELL** : | |
| **and DANIEL PAGE ADAMS,** : | |
| : | |
| **Defendants.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: _____

Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252-7081
Troy.Edwards@usdoj.gov

                    Christopher Amore
                    Assistant United States Attorney
                    Capitol Riots Detailee
                    NY Bar No. 5032883
                    555 4th Street, N.W.,
                    Washington, D.C. 20530
                    (973) 645-2757
                    Christopher.Amore@usdoj.gov