UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v.  : <br> : <br> : <br> CODY PAGE CARTER CONNELL and : <br> DANIEL PAGE ADAMS : <br> : | Case No. 21 CR 0084 (PLF) |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Status Hearing submitted by the Defendants, it is hereby

**ORDERED** that the September 8, 2022, Status Hearing in this case is continued until _____, 2022; it is,

**FURTHER ORDERED**, the time period from September 8, 2022, until _____, 2022 is excluded under the Speedy Trial Act, based on the representations in the Defendants' Unopposed Motion to Continue Status Hearing filed on September 7, 2022.

**SO ORDERED.**

Date: _____     _____
                                            HON. PAUL L. FRIEDMAN
                                            UNITED STATES DISCTRICT JUDGE