UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     : | |
| : | Case No.: 1:21-CR-0084-PLF |
| **v.**     : | |
| : | |
| **Daniel Page Adams &**     : | |
| **Cody Page Carter Connell,**     : | |
| : | |
| **Defendants.**     : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as co-counsel for the United States.

|  |  |
|---|---|
| | Respectfully submitted, |
| DATED: November 10, 2022 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | */s/ Sean P. McCauley*<br>Sean P. McCauley<br>NY Bar No. 5600523<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20579<br>(202)252-1897<br>Sean.McCauley@usdoj.gov |

## CERTIFICATE OF SERVICE

On this 10th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sean P. McCauley*
Sean P. McCauley
Assistant United States Attorney