UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : CASE NO. 21-CR-84 (PLF) |
| | : |
| **CODY PAGE CARTER CONNELL and** | : |
| **DANIEL PAGE ADAMS,** | : |
| | : |
| **Defendants.** | : |
| | : |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Cody Page Carter Connell, by and through his attorney, Ned Smock, and defendant Daniel Page Adams, by and through his attorney, Gary Proctor, now submit this joint status report, requested by the Court in its November 15, 2022 order.

1. The government and the defense have had conversations regarding possible pleas in this matter and will continue to work to determine if this case can be resolved short of trial.   No agreement has been reached thus far.

2. The government anticipates sending formal plea agreements to both defendants within the next two weeks.

3. The parties request that the Court schedule the next status conference on either December 12 or December 16, 2022. If the parties have reached a decision regarding disposition of this matter prior to this date, the parties will so inform the Court.

4. The parties are in agreement that, due to the voluminous discovery and ongoing plea negotiations, the ends of justice would be served by exclusion of time under The

Speedy Trial Act until the date of the next status conference before this Court. The defendants waive their rights under the Speedy Trial Act and agree to the exclusion of time for the period from today's status report through the date of the next status conference to be scheduled by the Court.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:  *s/ Christopher D. Amore*
        CHRISTOPHER D. AMORE
        Assistant United States Attorney
        Capitol Siege Detailee
        N.Y. Bar No. 5032883
        601 D Street, N.W.
        Washington, D.C. 20579
        973-645-2757
        Christopher.Amore@usdoj.gov