UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21 CR 0084 (PLF) |
| | : | |
| CODY PAGE CARTER CONNELL and DANIEL PAGE ADAMS | : | |
| | : | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Status Hearing submitted by the Defendants, it is hereby

**ORDERED** that the January 25, 2023 Status Hearing in this case is continued until _____, 2023; it is,

**FURTHER ORDERED**, the time period from January 25, 2023, until _____, 2023 is excluded under the Speedy Trial Act, based on the representations in the Defendants' Unopposed Motion to Continue Status Hearing filed on January 23, 2023.

**SO ORDERED.**

Date: _____         _____
                                                                                    HON. PAUL L. FRIEDMAN
                                                                                    UNITED STATES DISCTRICT JUDGE