UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                      )<br>)<br>CODY PAGE CARTER CONNELL and   )<br>DANIEL PAGE ADAMS,                       )<br>)<br>Defendants.                                           )<br>) | Criminal No. 21-0084 (PLF) |

## ORDER

On February 23, 2023, the Court issued a minute order setting a pretrial motions briefing schedule and directing the parties to file a joint status report on or before May 10, 2023. See February 23, 2023 Minute Order. Rather than a status report, the Court would like to convene a status conference to discuss scheduling matters and whether defendants Cody Page Carter Connell and Daniel Page Adams wish to waive their rights to a jury trial and whether they wish to proceed with a trial before the Court without a jury, or a trial on stipulated facts. See FED. R. CRIM. P. 23(a). The Court will also inquire as to whether the government consents. See id. The Court will set a date or dates for trial. Accordingly, it is hereby

ORDERED that the May 10, 2023 joint status report deadline is vacated; and it is

FURTHER ORDERED that the parties shall appear for a status conference on April 12, 2023 at 3:00 p.m. via Zoom videoconference, the details of which will be provided

the morning of or in advance of the hearing.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 4/6/23