UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 1:21-CR-0084 (PLF) |
| v. | : | |
| | : | |
| DANIEL PAGE ADAMS & | : | |
| CODY PAGE CARTER CONNELL, | : | |
| | : | |
| Defendants. | : | |

**REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS RESPONSE**

The United States of America, through undersigned counsel and with the consent of both Defendants, respectfully requests that this Court extend the previously set deadline for the Government to file it response to the Defendants' joint motion to dismiss Counts 1 and 3. ECF 75. Each of the Government's counsel in this case is currently engaged on trial, preparing for an imminent trial, or handling extensive briefing related to complex, multi-defendant sentencing issues. As such, the Government requests that the Court extend its previous response deadline by one week to May 12, 2023. Counsel for both Defendants have consented to this extension.

                                                                             Respectfully submitted,

DATED: May 2, 2023                               MATTHEW M. GRAVES
                                                                             United States Attorney
                                                                             D.C. Bar No. 481052

                                                            By:    *s/ Sean P. McCauley*
                                                                         SEAN P. McCAULEY
                                                                          New York Bar No. 5600523
                                                                          CHRISTOPHER D. AMORE
                                                                          TROY A EDWARDS, JR.
                                                                          Assistant United States Attorney
                                                                          United States Attorney's Office
                                                                          For the District of Columbia
                                                                          601 D. Street, NW
                                                                          Washington, DC 20530
                                                                          Sean.McCauley@usdoj.gov