IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 1:21-cr-0084 (PLF) |
| | : |
| DANIEL PAGE ADAMS and | : |
| CODY PAGE CARTER CONNELL, | : |
| | : |
| Defendants. | : |

# GOVERNMENT'S POSITION
## AS TO THE NOTICE OF PRETRIAL VIOLATION.

The Government has reviewed the notice of pretrial violation report filed as to Defendant Cody Page Carter Connell on June 1, 2023, and spoken with the Bossier County District Attorney about the factual allegations that gave rise to the violation. Based upon its review of the report and consultation with local authorities about the facts of the case, the Government defers to the recommendation of Pretrial Services.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By:    *s/Sean P. McCauley*
    SEAN P. McCAULEY
    New York Bar No. 5600523
    CHRISTOPHER D. AMORE
    TROY A. EDWARDS, JR.
    Assistant United States Attorneys
    United States Attorney's Office
    For the District of Columbia
    601 D Street NW
    Washington, D.C. 20530