**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-84** |
| v. : | |
| : | |
| **CODY PAGE CARTER CONNELL** and : | |
| **DANIEL PAGE ADAMS,** : | |
| : | |
| **Defendants.** : | |

**NOTICE OF WITHDRAWAL**

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant U.S. Attorney Christopher D. Amore, as counsel for the United States, is terminating his appearance as counsel of record in this matter.

All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
NY Bar No. 5032883
Assistant U.S. Attorney
Capitol Riot Detailee
970 Broad Street
Newark, New Jersey 07102
(973) 645-2757
christopher.amore@usdoj.gov