The Honorable Paul L. Friedman
United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

My name is Cody Page Carter Connell of Shreveport, Louisiana. I live at ▒▒▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒ with my 11 year old daughter, ▒▒▒▒▒▒▒▒.

To start, I would like to express great remorse for my actions made on January 6th, 2021 at the United States Capitol. Among those affected by my decisions include but are not limited to the police officers, who dedicate their lives to protect and serve their citizens. I should not have behaved that way. My decision to go to the Capitol and my actions took place at a time when I was focused on the election and problems I was hearing about how it was handled. In hindsight I did not think enough about how what I was doing was wrong. I also understand now the impact that my decisions made that day, have had on not only my life, but those who love and care for me. My only focus now is on caring for my daughter and supporting her financially.

A glimpse into my childhood includes an abusive and drug/alcohol addicted mother, along with an absent father. I spent most of my childhood living with many different family members after my parents' divorce when I was 4 years old. My mother was very abusive towards my siblings and I, not only when inebriated but sober as well. I have faced a difficult childhood learning who I am, who I want to be, who I want to not be, and how to navigate life without my parents.

For employment, I am a Surface Technician at Petro Land Surfaces in Shreveport, Louisiana. I have been employed with this company for 1 year and 3 months. I have spent most of my adult life working in the oilfield. I am a hardworking, dedicated, and knowledgeable employee.

I have had sole physical custody of my 11 year old daughter, ▒▒▒▒▒▒▒▒, for 15 months now due to her mother's previous and current incarceration on multiple charges including but not limited to drug charges. My concerns are mainly for the wellbeing of my child if both of her parents are to be incarcerated at the same time. Her mother cannot provide a stable living environment as she has proved in the past. I am able to provide my daughter with all of her needs, along with wants. I have even gone to the lengths of therapy for my daughter to help her process the trauma's she has faced in her short life.

My plans for the future include continuing to be a positive role model to my daughter. I will continue to work at my job as a Surface Technician with the ultimate goal of opening up a food truck and eventually buying several acres of land to build a family home.

I have accepted responsibility for the role I played on January 6, 2021 at the United States Capitol and I humbly ask for the letters written to be taken into consideration as you make your ruling on sentencing day.

Sincerely,


Cody Page Carter Connell