The Honorable Paul L. Friedman
United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

My name is Misty Armstrong, girlfriend of 8 months to Cody Page Carter Connell. I live at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I have known Cody about 2 ½ years, since April of 2021. In the time I've known Cody, I've known him to be one of the most kind and respectable men I've encountered. Cody is a friend to many due to his kind nature. He is very caring and compassionate. He would do anything to help out anyone in need and put a smile on their face in the process. He is funny and always keeps those around him laughing. He is hard working and very dedicated. Once he sets his mind to accomplish a goal, he doesn't stop working towards making that goal happen.

He is the father of 11 year old, ▮▮▮▮▮▮▮, to which he is the sole parent. Cody obtained full custody of his daughter in August of 2022. Cody is an amazing father who makes sure ▮▮▮ has everything she needs and could possibly want. She truly believes her daddy hung the moon. The bond between these two is incredible.

In the 2 ½ years I have known Cody, he has shared many of the hardships he has faced in life, which I believe to have impact on his previous decision making. Also in the time I've known Cody, we have talked about the unfortunate childhood he lived. From bouncing around from home to home, along with a drug addicted mother, Cody has faced many obstacles in his life from the start. After his parents divorce as a child, Cody had to grow up very quickly for his own survival. His parents were absent most of his childhood, making navigating life very difficult for him. He had to learn to make it in life without the love, care, or support from either of his parents from a very young age. Something none of us should ever have to encounter.

I have seen him go through his fair share of ups and downs, like we all do, but he never stops going to ensure that the ones he loves & cares for are taken care of. He works hard at his job as a Surface Technician at PLS to ensure he can provide for his family. Even after a 12–16-hour typical day at work, he comes home to cook dinner and spend time with ▮▮▮ and I before going to bed and doing it all over again the next day, all without a single complaint.

While it is unfortunate that he has made some bad decisions, I can attest that he has shown sincere remorse for his offenses. He has realized the impact of his decisions made on January 6, 2021. I was surprised to learn of his role in this situation, but it comes as no surprise that he is ready to accept responsibility for those actions. I believe that as we move forward, Cody will continue to be on the up and up, making only the best decisions possible to give his daughter the best possible future.

While I understand that all actions have consequences, I humbly ask for leniency when making your decision for sentencing. Not only will I be affected by his incarceration but so will a great number of friends and family members, along with his daughter, ▮▮▮.

Sincerely,

Misty B. Armstrong