UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CODY PAGE CARTER CONNELL & )<br>DANIEL PAGE ADAMS, )<br>)<br>Defendants. )<br>) | Criminal No. 21-0084 (PLF) |

ORDER

Before the Court is Mr. Connell's and Mr. Adams' Joint Defense Motion to Stay Sentencing Pending Supreme Court's Resolution of Fischer v. United States [Dkt. No. 126]. Upon careful consideration of the parties' arguments, it is hereby

ORDERED that the defendants' Motion to Stay Sentencing [Dkt. No. 126] is DENIED; and it is

FURTHER ORDERED that the parties shall appear in person for a sentencing hearing, at which they shall be prepared to discuss: (1) the arguments regarding the Sentencing Guidelines enhancements that they have previously made in their sentencing memoranda and responses; (2) what the proper guideline range would be for each defendant were neither defendant to have been convicted of 18 U.S.C. § 1512(c)(2), including any arguments regarding applicable Sentencing Guidelines enhancements; and (3) the application of the 18 U.S.C. § 3553(a) factors; the sentencing itself will take place on a subsequent date; and it is

FURTHER ORDERED that, on or before January 25, 2024, the parties shall meet and confer and file a joint status report describing their availability during the weeks of March 11, March 18, and March 25, 2024; and it is

FURTHER ORDERED that, on or before February 26, 2024, the parties shall file simultaneous briefs regarding what each contends the proper guideline range would be for each defendant were neither defendant to have been convicted of 18 U.S.C. § 1512(c)(2), including any arguments regarding applicable Sentencing Guidelines enhancements; the parties shall file any replies on or before March 4, 2024.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/18/24