UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CODY PAGE CARTER CONNELL &<br>DANIEL PAGE ADAMS,<br><br>Defendants. | Case No. 21-cr-84 (PLF) |

## JOINT RESPONSE TO ORDER OF THE COURT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Cody Page Carter Connell and Daniel Page Adams, by and through their attorneys, respectfully respond to this Court's July 3, 2024, order. The defendants advise the court that they do intend to file motions prior to sentencing. The defense requests until July 31, 2024, to file any pre-sentencing motions; the government requests that it be permitted to file a response to any such motion on or before August 14, 2024.

The parties are prepared to go forward with sentencing in this matter any time during the week of September 9, 2024, and will be prepared to address the impact of *Fischer v. United States*, 603 U.S. ___ (2024) in supplemental filings. The parties respectfully request that they be permitted to file supplemental sentencing memoranda one week prior to the sentencing date selected by the Court.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 | CODY PAGE CARTER CONNELL<br>Defendant |
| By: *s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Troy A. Edwards, Jr.<br>Assistant United States Attorneys<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov | By: *s/Michelle M. Peterson*<br>MICHELLE M. PETERSON<br>First Assistant Federal Defender<br>625 Indiana Avenue N.W., Suite 550<br>Washington, D.C. 20004<br>(202)208-7500<br>Shelli_Peterson@fd.org<br><br>DANIEL PAGE ADAMS<br>Defendant<br><br>By: *s/Gary E. Proctor*<br>GARY E. PROCTOR<br>233 E. Redwood Street, Suite 1000C<br>Baltimore, MD 21202<br>(410) 444-1500 |