UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 21-0084 (PLF) |
| CODY PAGE CARTER CONNELL and DANIEL PAGE ADAMS | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on defendants' Motion to Reconsider Finding of Guilt for Counts Two, Four, and Five [Dkt. No. 144], in which they ask the Court to reconsider their convictions on Count Two under 18 U.S.C. § 1512(c)(2) in light of the Supreme Court's decision in Fischer v. United States, No. 23-5572, 603 U.S. __ (2024). Defendants also seek the Court's reconsideration of its finding of guilt on Counts Four and Five under 18 U.S.C. §§ 1752(a)(1) and (a)(2), arguing that the defendants lacked knowledge that a Secret Service protectee was on the Capitol grounds.[1]

The government opposes this motion, arguing that the Court lacks authority to reconsider its prior finding of guilt, and instead that the proper procedure is for the Court to vacate the convictions on Count Two. See Opposition to Defendants' Motion to Reconsider [Dkt. No. 145] at 2-7. Defendants do not oppose the government's proposal to vacate their

---

[1] The Court has previously rejected this argument. See United States v. Warnagiris, Crim. No. 21-0382, 2024 WL 1328510, at *2 (D.D.C. March 28, 2024). This issue currently is before the United States Court of Appeals for the District of Columbia in United States v. Griffin, No. 22-3042.

convictions under Section 1512. See Reply to Government's Opposition to Motion to Reconsider [Dkt. 146] at 1. Accordingly it is hereby

ORDERED that defendants' Motion to Reconsider Finding of Guilt for Counts Two, Four, and Five [Dkt. No. 144] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that the defendants' convictions on Count Two under 18 U.S.C. § 1512(c)(2) are VACATED; and it is

FURTHER ORDERED that the defendants' motion to reconsider their convictions on Count Four under 18 U.S.C. § 1752(a)(1) and Count Five under 18 U.S.C. § 1752(a)(2) is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8/28/24