UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0084 (PLF) |
| ) | |
| CODY PAGE CARTER CONNELL and ) | |
| DANIEL PAGE ADAMS ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 3, 2024, the Court issued an order scheduling, inter alia, the filing of revised presentence investigation reports recalculating the Probation Office's sentencing guidelines based on the Court having vacated the defendants' convictions under 18 U.S.C. § 1512(c)(2). See Order [Dkt. No. 149]. The Order also scheduled sentencing for November 1, 2024. See id. In light of the Probation Office's need to modify its sentencing guidelines calculations, it is hereby

ORDERED that the sentencing scheduled for November 1, 2024, and the related filing dates set forth in the Court's Order of September 3, 2024 [Dkt. No. 149] are hereby VACATED; it is

FURTHER ORDERED that the Probation Office shall file memoranda regarding the necessary revisions to the presentence investigation reports as to Mr. Connell and Mr. Adams on or before October 25, 2024; it is

FURTHER ORDERED that the parties shall file objections to the changes set forth in the memoranda on or before November 8, 2024; it is

FURTHER ORDERED that the Probation Office will file its final presentence investigation reports as to Mr. Connell and Mr. Adams on or before November 22, 2024; and it is

FURTHER ORDERED that the parties shall meet and confer and submit a joint status report on or before October 16, 2024, proposing dates for the filing of the parties' sentencing memoranda and responses, and for the sentencing hearing. The Court notes that it is available for sentencing the weeks of December 9 and December 16, 2024 (except for December 17, 2024), January 9 and 10, 2025, and the week of January 13, 2025. Sentencing shall take place in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

DATE: 9/25/24

PAUL L. FRIEDMAN
United States District Judge