UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ADAMS,<br>CODY CONNELL<br><br>　　　　　Defendants. | Crim. Action No. 1:21CR084 |

**JOINT DEFENSE MOTION TO CONTINUE SENTENCING**

Daniel Adams, through counsel, jointly with counsel for Defendant Connell respectfully moves this Court to continue sentencing in this matter, currently scheduled for December 10, 2024 and in support thereof states as follows:

1. On November 6, 2024, Donald J. Trump was declared the winner of the presidential election. President-elect Trump, who played an integral role in the events of January 6, 2021, has repeatedly publicly stated that he will pardon January 6 protestors should he win the presidency.[1]

2. On Friday, November 8, 2024, the United States Department of Justice Special Counsel Jack Smith made an unopposed motion to a District Judge of this Court to "Vacate Briefing Schedule" in the matter of United States v. Trump, 23-cr-00257 (TSC). The entirety of that motion reads as follows:

> As a result of the election held on November 5, 2024, the defendant is expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025. The Government respectfully requests

---

[1] See, for example, CNN, Trump confirms he would pardon January 6 rioters if he becomes president, https://edition.cnn.com/2024/07/31/politics/video/january-6-pardon-rioters-donald-trump-nabj-conference-digvid (last visited 11/12/24)

1

    that the Court vacate the remaining deadlines in the pretrial schedule to afford the Government time to assess this unprecedented circumstance and determine the appropriate course going forward consistent with Department of Justice policy. By December 2, 2024, the Government will file a status report or otherwise inform the Court of the result of its deliberations. The Government has consulted with defense counsel, who do not object to this request. By that motion the Department of Justice has taken as an official position that the results of the November 5 election resulted in an "unprecedented circumstance" that constitutes grounds for pausing an ongoing criminal prosecution of a defendant in connection with the events of January 6, 2021.

Id.

3. While, concededly, the case at bar is not entirely analogous to *United States v. Trump*, Defendants respectfully submit that in balancing the equities involved that the Court should arrive at the same conclusion, i.e. that the unique circumstances created by the outcome of the election justifies pausing all proceedings in this matter, with the parties responding back to the Court with regard to how this case should further proceed – if at all -- beginning 69 days from now, January 20, 2025. A continuance would conserve the resources of the Court, the Government, and the Defendant.

4. Both the defendants in this case live more than 1,000 miles from the courthouse and the costs of travel, housing in connection with the sentencing hearing, with similar kinds of costs incurred by defense counsel – most of which would be avoided by the delay requested by this motion.[2] For the Government, further work by counsel would be unnecessary during the period of the delay. Moreover, the same waste of financial resources as would be incurred by the defense will also be incurred by Government counsel in terms of time and effort necessary to prepare for and attend a sentencing proceeding while there is a significant likelihood that the Defendants will receive a

---

[2] Counsel would note that they are both appointed and that the Defendants have previously been found to be indigent.

pardon from President-Elect Trump. Both Defendants have performed impeccably on Pretrial Supervision, so there is no danger to the public in the delay requested herein.

Therefore, in the interests of fairness and judicial economy, Defendants request that the Court stay sentencing in their case.

                          Respectfully Submitted,

                          A.J. KRAMER
                          FEDERAL PUBLIC DEFENDER

                          _____/s/_____
                          SHELLI PETERSON
                          Assistant Federal Public Defender
                          625 Indiana Ave NW, Suite 550
                          Washington, DC  20004
                          (202) 208-7500
                          Counsel for Defendant Connell


                          _____/s/_____
                          GARY E. PROCTOR
                          233 E. Redwood Street, Suite 1000C
                          Baltimore, MD 21202
                          (410) 444-1500
                          Counsel for Defendant Adams